UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

DAVID REED,

Plaintiff,

-v-

TURNER CONSTRUCTION COMPANY,

Defendant.

---------------------------------------- X

26cv7103(DLC)

ORDER

DENISE COTE, District Judge:

On August 28, 2026, the plaintiff filed a motion to consolidate the present action with cases 26cv07131, 26cv07172, 26cv07177, 26cv07184, and 26cv0731 under the above-captioned docket number, 26cv7103. The plaintiff also requested the appointment of interim class counsel. Accordingly, it is hereby

ORDERED that any opposition is due **September 11, 2026.**

Dated: New York, New York
September 2, 2026

DENISE COTE
United States District Judge