UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID REED,

Plaintiff,

-v-

TURNER CONSTRUCTION COMPANY,

Defendant.

---

JADEN DIAS,

Plaintiff,

-v-

TURNER CONSTRUCTION COMPANY,

Defendant.

---

BILL BISHOP,

Plaintiff,

-v-

TURNER CONSTRUCTION COMPANY,

Defendant.

---

26cv07103 (DLC)
26cv07131 (DLC)
26cv07172 (DLC)
26cv07177 (DLC)
26cv07184 (DLC)
26cv07311 (DLC)

ORDER OF CONSOLIDATION AND APPOINTMENT OF INTERIM CLASS COUNSEL

--------------------------------------X

GEORGE R. BOOTH,

Plaintiff,

-v-

TURNER CONSTRUCTION COMPANY,

Defendant.

--------------------------------------X

JOHNNY HEWETT,

Plaintiff,

-v-

TURNER CONSTRUCTION COMPANY,

Defendant.

--------------------------------------X

JOSHUA DONALD,

Plaintiff,

-v-

TURNER CONSTRUCTION COMPANY,

Defendant.

--------------------------------------X

DENISE COTE, District Judge:

Having received plaintiffs' Unopposed Motion to Consolidate Cases and Appoint Interim Class Counsel (the "Motion"), plaintiffs' briefing on the same, for the reasons stated therein, and for good cause shown, the Court hereby grants the Motion in part. It is hereby

ORDERED that David Reed v. Turner Construction Company, No.: 1:26-cv-07103 filed on August 20, 2026, Jaden Dias v. Turner Construction Company, No.: 1:26-cv-07131 filed on August 21, 2026, Bill Bishop v. Turner Construction Company, No.: 1:26-cv-07172 filed on August 21, 2026, George R. Booth v. Turner Construction Company, No.: 1:26-cv-07177 filed on August 22, 2026, Johnny Hewett v. Turner Construction Company, No.: 1:26-cv-07184 filed on August 24, 2026; and, Joshua Donald v. Turner Construction Company, No.: 1:26-cv-07311 filed on August 27, 2026 (the "Related Cases"), are consolidated pursuant to Fed. R. Civ. P. 42(a) under the docket number of the Reed action, No.: 1:26-cv-07103. Consolidation of the Related Cases is appropriate because each of the actions arises from the same nucleus of operative facts. Consolidation will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

IT IS FURTHER ORDERED that the Related Cases and any future actions arising from the same data breach as the Related Cases which may be filed in, removed to, or transferred to this Court are hereby consolidated with the Reed action, No.: 1:26-cv-07103 under the caption: "In re Turner Construction Company Data Breach Litigation".

IT IS FURTHER ORDERED that pursuant to Federal Rule of

Civil Procedure 23(g), Leanna A. Loginov of Shamis & Gentile, P.A. is hereby appointed Interim Lead Class Counsel for plaintiffs. Interim Lead Class Counsel is designated to act on behalf of the putative class before a determination is made whether to certify the action as a class action.

IT IS FURTHER ORDERED that plaintiffs in the Consolidated Action shall file a Consolidated Class Action Complaint by **October 16, 2026.** Defendant shall file an answer or response to the Consolidated Class Action Complaint by **December 4, 2026.**

SO ORDERED:

Dated: New York, New York
September 15, 2026

DENISE COTE
United States District Judge