# Holland & Knight

787 Seventh Avenue, 31st Floor | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Mark S. Melodia
+1 212-513-3583
Mark.Melodia@hklaw.com

The conference is adjourned sine die.
Denise Cote
10/13/26

October 9, 2026

*Via ECF*

The Honorable Denise Cote
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 18B
New York, NY 10007

Re: *In re Turner Construction Company Data Breach Litigation*, No. 1:26-cv-07103 (DLC)
**Letter Motion Requesting Adjournment of Pretrial Conference**

Dear Judge Cote:

We represent Defendant Turner Construction Company ("Defendant") in the above-referenced matter. Pursuant to Section 1(D) of Your Honor's Individual Practices in Civil Cases, Defendant respectfully requests that the Court adjourn the initial pretrial conference currently scheduled for November 12, 2026.

This action was commenced by Plaintiff David Reed on August 20, 2026. *See* Dkt. 1. On August 26, 2026, in a Notice of Initial Pretrial Conference ("Notice"), the Court set an initial pretrial conference for November 12, 2026. Dkt. 8. The Notice directs counsel for all parties to confer and prepare a detailed written proposed schedule for motions and discovery. *Id.* Shortly after on August 28, 2026, Plaintiffs David Reed, Jaden Dias, Bill Bishop, George Bishop, Johnny Hewett, and Joshua Donald (collectively, "Plaintiffs") moved to appoint interim class counsel and consolidate six putative class actions brought against Defendant. Dkt. 10. On September 15, 2026, in the Order of Consolidation and Appointment of Interim Class Counsel ("Order"), the Court consolidated the six actions under the caption "*In re Turner Construction Company Data Breach Litigation*". Dkt. 12. Pursuant to the Order, Plaintiffs shall file a consolidated complaint by October 16, 2026 and Defendant shall file an answer or respond to the consolidated complaint by December 4, 2026. In response to the consolidated complaint, Defendant anticipates filing a motion to dismiss that will be fully dispositive of each of Plaintiffs' claims.

Given these deadlines, Defendant requests that the Court adjourn the November 12, 2026 initial pretrial conference—which was set prior to the consolidation of cases and falls before Defendant's deadline to respond to the consolidated complaint—until a date after the Court issues a ruling on Defendant's forthcoming motion to dismiss. Plaintiffs do not oppose this request, and no prior requests for an adjournment or extension have been made.

Respectfully submitted,

Atlanta | Austin | Birmingham | Boston | Century City | Charlotte | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale
Houston | Jacksonville | Los Angeles | Miami | Nashville | Newport Beach | New York | Orlando | Philadelphia | Portland
Richmond | San Francisco | Seattle | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

HOLLAND & KNIGHT LLP

Mark S. Melodia

Cc: Counsel of Record